UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA BIRD

    Plaintiff,

    v.

FIRST ALERT, INC., et al.,

    Defendants.

_____/

No. C 14-3585 PJH

**NOTICE OF ERRATA**

    Line 16, page 12, of the December 19, 2014, Order Granting Motion to Dismiss should read as follows: "Any amended complaint shall be filed no later than January 20, 2015."

**IT IS SO ORDERED.**

Dated: December 22, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge