UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BIRD,<br>         Plaintiff,<br>    v.<br>FIRST ALERT, INC., et al.,<br>         Defendants. | Case No. 14-cv-03585-PJH<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO DEEM CASES RELATED**<br><br>Re: Dkt. No. 66 |

A Motion for Administrative Relief to Consider Whether Cases Should be Related (Civil L.R. 3-12) was filed on August 14, 2023. Dkt. 66. An opposition was filed on August 18, 2023. Dkt. 67. The time for filing an opposition or statement of support has passed.

Civil Local Rule 3-12 provides that actions are related when "(1) The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a). It appears that the actions likely concern substantially the same parties, property, transaction, or event. However, given that judgment was entered in the earlier-filed action on June 15, 2015 (Dkt. 65) and that it has remained terminated with no activity since that date, the court finds that it is unlikely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

For the foregoing reasons, the administrative motion to deem cases related is

1   DENIED and the later-filed action shall not be reassigned to the undersigned.

2   **IT IS SO ORDERED.**

3   Dated:  August 22, 2023

4   _____
    PHYLLIS J. HAMILTON
5   United States District Judge